## U.S. DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| Hada Garcia; Lidianelly Carreon Garcia; David Carreon Vazquez; Mario H. Gonzalez; Ramon Hernandez Jr.; Alberto Montalvo Sr.; Alberto Montalvo Jr.; Consuelo Diana Perez, individually and as next friend of A.P.; Adrian Perez; Liliana Rodriguez, individually and as next friend of E.R.; Patricia Rodriguez; Diane Acuna, as next friend of V.A.; Vanessa Guzman; Gilbert Sanchez Jr.; Luis Alonzo Sifuentes; Miguel Sifuentes; Ediel Tanguma Trevino; Judith Valdez, individually and as next friend of S.V., Jesus Javier Zuniga Silva & Yadira Zuniga, individually and as next friends of Ja.Z. and J.J.Z.; Jose E. Zuniga; Jennifer Zuniga, individually and as next friend of Ad.H., Al.H., & An.H.; and Maria Abigail Zuniga, individually and as next friend of L.C. & Y.C.;<br>    Plaintiffs.<br>v.<br><br>Pioneer Hi-Bred International, Inc.; Corteva, Inc.; Unknown Pesticide Applicator #1; Farm Air, Inc.; and Curless Flying Service, Inc.;<br>    Defendants. | Case No. 3:20-cv-03322<br><br>JURY DEMANDED |

### RULE 11.3 CERTIFICATE OF INTEREST

The undersigned, counsel of record for all Plaintiffs, furnishes the following in compliance with Rule 11.3 of this court.

(1) The full name of every party or amicus the attorney represents in the case: Hada Garcia; Lidianelly Carreon Garcia; David Carreon Vazquez; Mario H. Gonzalez; Ramon Hernandez Jr.; Alberto Montalvo Sr.; Alberto Montalvo Jr.; Consuelo Diana Perez, individually and as next friend of A.P.; Adrian Perez; Liliana Rodriguez, individually and as next friend of E.R.; Patricia Rodriguez; Diane Acuna, as next

friend of V.A.; Vanessa Guzman; Gilbert Sanchez Jr.; Luis Alonzo Sifuentes; Miguel Sifuentes; Ediel Tanguma Trevino; Judith Valdez, individually and as next friend of S.V., Jesus Javier Zuniga Silva & Yadira Zuniga, individually and as next friends of Ja.Z. and J.J.Z.; Jose E. Zuniga; Jennifer Zuniga, individually and as next friend of Ad.H., Al.H., & An.H.; and Maria Abigail Zuniga, individually and as next friend of L.C. & Y.C.

(2) If such party or amicus is a corporation: (a) its parent corporation, if any; and (b) a list of corporate stockholders which are publicly held companies owning 10 percent or more of the stock of the party or amicus if it is a publicly held company: Not applicable.

(3) The name of all law firms whose partners or associates appear for a party or are expected to appear for the party in the case: attorneys from Legal Aid Chicago, Texas Riogrande Legal Aid, Reiter Burns LLP, and Environmental Law & Policy Center are all expected on behalf of all the plaintiffs listed in paragraph (1), *supra*.

December 2, 2020                                               s/Miriam Hallbauer

Miriam Hallbauer
Lisa Palumbo
Mariyam Hussain
Lauren Dana
Legal Aid Chicago
120 S. La Salle, Ste. 900
Chicago, IL 60603
(312) 229-6360
mhallbauer@legalaidchicago.org
lpalumbo@legalaidchicago.org
mhussain@legalaidchicago.org
ldana@legalaidchicago.org

Daniela Dwyer
Texas Bar No. 24040842
Admitted to the C.D.Illinois
TEXAS RIOGRANDE LEGAL AID
Managing Attorney
Farmworker Team
301 S. Texas Ave.
Mercedes, TX 78596
(956) 447-4800
ddwyer@trla.org

Grace Kube
Wisconsin Bar No.: 1104723
Admitted to the C.D. Illinois
TEXAS RIOGRANDE LEGAL AID
1206 E Van Buren St.
Brownsville, TX 78520
(956) 982-5540
gkube@trla.org

| | |
|---|---|
| Eugene Schoon | Howard A. Learner |
| Senior Counsel | Ann Jaworski |
| Reiter Burns LLP | Environmental Law & Policy Center |
| 311 S. Wacker Drive | 36 E. Wacker Dr. Suite 1600 |
| Chicago, Illinois 60606 | Chicago, IL 60601 |
| (312) 982-0090 Office | (312) 673-6500 |
| (312) 586-1015 Direct | (312) 795-3711 |
| gschoon@reiterburns.com | HLearner@elpc.org |
| | AJaworski@elpc.org |

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

Hada Garcia, et al.,           )
    v.                         )    Case No. 3:20-cv-03322
Pioneer Hi-Bred International, Inc.,  )
et al.,                        )

## CERTIFICATE OF SERVICE

I certify that on December 2, 2020, I electronically filed the foregoing with the Clerk of the Court using the CMECF system, and I certify that on December 3, 2020, I mailed the document by the U.S. Postal Service to the following Defendants who have not yet appeared, except where an email address is indicated, I emailed the document.

| | |
|---|---|
| C T Corporation System<br>400 E. Court Ave<br>Des Moines, IA 50309<br>As agent for<br>Pioneer Hybrid International, Inc.<br><br><br>John D. McMillan, for<br>402 E Jackson St. POB 443<br>Macomb, IL 61455<br>As agent for Curless Flying Service, Inc.<br>and Farm Air Inc. | The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St<br>Wilmington, DE 19801<br>As agent for Corteva, Inc.<br><br>Todd Langel<br>Corporate Counsel<br>Corteva Agriscience<br>7250 NW 62nd Avenue<br>P.O. Box 1014<br>Johnston, Iowa 50131<br>todd.langel@corteva.com |

December 2, 2020                              s/Miriam Hallbauer

Miriam Hallbauer
Legal Aid Chicago
120 S. La Salle, Ste. 900
Chicago, IL 60603
(312) 229-6360
mhallbauer@legalaidchicago.org