## U.S. DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| Hada Garcia, et al. ) | |
| ) | |
| Plaintiffs, ) | Case No.: 3:20-cv-03322-STEM-TSH |
| ) | |
| v. ) | Honorable Sue E. Myerscough |
| ) | Magistrate Judge Tom Schanzle-Haskins |
| ) | |
| Pioneer Hi-Bred International, Inc.; ) | JURY DEMANDED |
| Corteva, Inc.; ) | |
| Unknown Pesticide Applicator #1; ) | |
| Farm Air, Inc.; and ) | |
| Curless Flying Service, Inc.; ) | |
| ) | |
| Defendants. ) | |

### MOTION TO STRIKE DOCKET NOS. 21 and 22

NOW COMES the Defendants, FARM AIR, INC. and CURLESS FLYING SERVICE, INC., by and through his attorneys, TRESSLER LLP, and for their Motion to Strike Docket Nos. 21 and 22 states as follows:

    1.    On December 31, 2020, counsel for Defendants, Mark Banovetz, inadvertently filed the appearances of counsel for Jennifer M. Theodore under his CM/ECF account. See Dkt. Nos. 21 and 22.

    2.    Ms. Theodore's application for admission to the Central District of Illinois was approved on January 5, 2021. She was informed by a clerk of the court that her appearances should be re-filed using her CM/ECF account.

WHEREFORE, Defendants respectfully ask this Court to enter an order striking the appearances in Docket Nos. 21 and 22.

                Respectfully submitted,

                TRESSLER LLP

                By: /s/ *Mark T. Banovetz*

Mark T. Banovetz, ARDC No. 6209566
TRESSLER LLP
233 S. Wacker Drive, 61st Floor
Chicago, IL 60606
(312) 627-4000
mbanovetz@tresslerllp.com

## CERTIFICATE OF SERVICE

      I hereby certify that on January 6, 2021, a copy of the foregoing was filed electronically and served by operation of the Court's CM/ECF System on the following party(s):

Miriam Hallbauer
Lisa Palumbo
Mariyam Hussain
Lauren Dana
Agnes Kim Baik
Legal Aid Chicago
120 S. La Salle, Ste. 900
Chicago, IL 60603
(312) 229-6360
mhallbauer@legalaidchicago.org
lpalumbo@legalaidchicago.org
mhussain@legalaidchicago.org
ldana@legalaidchicago.org
abaik@legalaidchicago.org

Daniela Dwyer
Texas Bar No. 24040842
Admitted to the C.D.Illinois
TEXAS RIOGRANDE LEGAL AID
Managing Attorney
Farmworker Team
301 S. Texas Ave.
Mercedes, TX 78596
(956) 447-4800
ddwyer@trla.org

Grace Kube
Wisconsin Bar No.: 1104723
Attorney for Plaintiffs
Admitted to the C.D. Illinois
TEXAS RIOGRANDE LEGAL AID
1206 E Van Buren St.
Brownsville, TX 78520
(956) 982-5540
gkube@trla.org

Howard A. Learner
Ann Jaworski
Environmental Law & Policy Center
36 E. Wacker Dr. Suite 1600
Chicago, IL 60601
(312) 673-6500
(312) 795-3711
HLearner@elpc.org
AJaworski@elpc.org

Eugene Schoon
Senior Counsel
Reiter Burns LLP
311 S. Wacker Drive
Chicago, Illinois 60606
(312) 982-0090 Office
(312) 586-1015 Direct
gschoon@reiterburns.com

Dated: January 6, 2021

Respectfully submitted,

TRESSLER LLP

By: /s/ *Mark T. Banovetz*

Mark T. Banovetz, ARDC No. 6209566
TRESSLER LLP
233 S. Wacker Drive, 61st Floor
Chicago, IL 60606
(312) 627-4000
mbanovetz@tresslerllp.com