## U.S. DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| Hada Garcia; Lidianelly Carreon Garcia; David Carreon Vazquez; Mario H. Gonzalez; Ramon Hernandez Jr.; Alberto Montalvo Sr.; Alberto Montalvo Jr.; Consuelo Diana Perez, individually and as next friend of A.P.; Adrian Perez; Liliana Rodriguez, individually and as next friend of E.R.; Patricia Rodriguez; Diane Acuna, as next friend of V.A.; Vanessa Guzman; Gilbert Sanchez Jr.; Luis Alonzo Sifuentes; Miguel Sifuentes; Ediel Tanguma Trevino; Judith Valdez, individually and as next friend of S.V., Jesus Javier Zuniga Silva & Yadira Zuniga, individually and as next friends of Ja.Z. and J.J.Z.; Jose E. Zuniga; Jennifer Zuniga, individually and as next friend of Ad.H., Al.H.,& An.H.; Maria Abigail Zuniga, individually and as next friend of L.C. & Y.C.;<br>       Plaintiffs.<br>v.<br>Pioneer Hi-Bred International, Inc.; Corteva, Inc.; Unknown Pesticide Applicator #1; Farm Air, Inc.; and Curless Flying Service, Inc.;<br>       Defendants. | Case No. 3:20-cv-03322<br><br>JURY DEMANDED |

**Notice of Stipulation Regarding Rule 26(f) Conference**

Plaintiffs, pursuant to Federal Rule of Civil Procedure 29, file this Notice of Stipulation Regarding Rule 26(f) Conference, to advise that the parties agree to extend the deadline for conference under Rule 26(f), stating as follows:

1.  Plaintiffs filed their Complaint on December 2, 2020, and each Defendant timely waived service. (*See* Doc. #1, 11-14, 17, 18, 23, 24.)

2.  On January 29, 2021, the parties filed an agreed motion requesting an extension of time for the Defendants to answer (Doc. # 31), which this Court granted, extending the due date for answer to March 3, 2021.

3.  Rule 26(f) provides that "the parties must confer . . . at least 21 days before a scheduling conference is held or a scheduling order is due under Rule 16(b)." Fed. R. Civ. Pro. 26(f).

4.  Rule 16(b) provides that the scheduling order is due "within the earlier of 90 days after any defendant has been served with the complaint or 60 days after any defendant has appeared." Fed. R. Civ. Pro. 16(b).

5.  Counsel for Defendants Curless Flying Service, Inc., and Farm Air, Inc. filed their appearances on December 31, 2020. (Doc. # 19-22.)

6.  Sixty days after December 31, 2020 falls on March 1, 2021.

7.  Twenty-one days before March 1 is February 9, 2021.

8.  Federal Rule of Civil Procedure 29(b) permits the parties to stipulate to a modification of procedures governing discovery unless it would interfere with the time set for completing discovery, hearing a motion, or trial. Fed. R. Civ. Pro. 29(b).

9.  In light of the order extending time within which to answer by 30 days, or to March 3, 2021, the parties have agreed to extend the time within which to confer pursuant to Rule 26(f) by 30 days, or by March 11, 2021.

Date: February 3, 2021 					Respectfully submitted,

							s/ Miriam Hallbauer

Miriam Hallbauer
Legal Aid Chicago
Attorney for Plaintiffs
120 South LaSalle Street, Suite 900
Chicago, IL  60603
Phone: 312-229-6360
mhallbauer@legalaidchicago.com


s/ Brian H. Sanchez

Brian H. Sanchez
Manuel Sanchez
Attorneys for Defendants Pioneer Hi-Bred International, Inc. and Corteva, Inc.
Sanchez Daniels & Hoffman LLP
333 West Wacker Drive, Suite 500
Chicago, IL 60606
(312) 641-1555 (Tel)
(312) 641-3004 (Fax)
BSanchez@SanchezDH.com
MSanchez@SanchezDH.com

s/ Mark T. Banovetz

Mark T. Banovetz
Jennifer M. Theodore
Attorneys for Defendants Farm Air, Inc, and Curless Flying Service, Inc.
Tressler LLP
233 S. Wacker Drive, 61st Floor,
Chicago, IL 60606
O: 312-627-4099
C: 630-661-0953
F: 312-627-1717
MBanovetz@tresslerllp.com
JTheodore@tresslerllp.com

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that she filed the foregoing upon the persons listed below by electronic means, by filing the same using the court's CM/ECF system, which will send notification to the following attorneys:

| | |
|---|---|
| Brian H. Sanchez<br>Manuel Sanchez<br>Attorneys for Defendants Pioneer Hi-Bred International, Inc. & Corteva, Inc.<br>Sanchez Daniels & Hoffman LLP<br>333 West Wacker Drive, Suite 500<br>Chicago, IL 60606<br>(312) 641-1555 (Tel)<br>(312) 641-3004 (Fax)<br>BSanchez@SanchezDH.com<br>MSanchez@SanchezDH.com | Mark T. Banovetz<br>Jennifer M. Theodore<br>Dan R. Formeller<br>Attorneys for Defendants Farm Air, Inc, & Curless Flying Service, Inc.<br>Tressler LLP<br>233 S. Wacker Drive, 61st Floor,<br>Chicago, IL 60606<br>O: 312-627-4099<br>C: 630-661-0953<br>F: 312-627-1717<br>MBanovetz@tresslerllp.com<br>JTheodore@tresslerllp.com<br>DFormeller@tresslerllp.com |

Dated: February 3, 2021

Respectfully submitted,
/s/ Miriam Hallbauer

Attorney for Plaintiff
Miriam Hallbauer
Legal Aid Chicago
120 South LaSalle Street, Suite 900
Chicago, IL  60603
312-229-6360
mhallbauer@legalaidchicago.org