E-FILED
Tuesday, 09 February, 2021  08:14:29 AM
Clerk, U.S. District Court, ILCD

**U.S. DISTRICT COURT FOR THE**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| Hada Garcia, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.: 3:20-cv-03322-STEM-TSH |
| | ) | |
| Pioneer Hi-Bred International, Inc.; | ) | Honorable Sue E. Myerscough |
| Corteva, Inc.; | ) | Magistrate Judge Tom Schanzle-Haskins |
| Unknown Pesticide Applicator #1; | ) | |
| Farm Air, Inc.; and | ) | |
| Curless Flying Service, Inc.; | ) | |
| | ) | |
| Defendants. | ) | |

**PIONEER HI-BRED INTERNATIONAL, INC. AND CORTEVA, INC.'S**
**RULE 11.3 CERTIFICATE OF INTEREST**

The undersigned counsel of record for **PIONEER HI-BRED INTERNATIONAL, INC.**

and **CORTEVA, INC.** furnishes the following in compliance with Rule 11.3 of this Court:

(1)     The full name of every party or amicus the attorney represents in the case:

Pioneer Hi-Bred International, Inc. and Corteva, Inc.

(2)     If such party or amicus is a corporation: (a) its parent corporation, if any; and (b) a

list of corporate stockholders which are publicly held companies owning 10 percent or more of the

stock of the party or amicus if it is a publicly held company:

Pioneer Hi-Bred International, Inc. is a wholly-owned subsidiary of E.I. du Pont de
Nemours and Company, which is a wholly-owned subsidiary of Corteva, Inc.

Corteva, Inc. has no parent corporation. No publicly held company owns 10% or
more of Corteva, Inc.'s stock.

(3)    The name of all law firms whose partners or associates appear for a party or are expected to appear for the party in the case:

> Attorneys from Sanchez Daniels & Hoffman, LLP are expected to appear on behalf of Defendants listed in paragraph (1), *supra*.

> Respectfully submitted,
>
> **SANCHEZ DANIELS & HOFFMAN LLP**
>
> By: /s/Brian H. Sanchez_____
>      Attorneys for Defendants,
>      PIONEER HI-BRED INTERNATIONAL, INC.
>      & CORTEVA, INC.

Brian H. Sanchez [ARDC #6296503]
**SANCHEZ DANIELS & HOFFMAN LLP**
333 West Wacker Drive
Suite 500
Chicago, Illinois 60606
(312) 641-1555
bsanchez@sanchezdh.com

**<u>CERTIFICATE OF SERVICE</u>**

I certify that February 8, 2021, the foregoing was electronically filed with the Clerk of the Court using the CMECF System, which will send notification of such filing to all parties of record and that this statement as set forth is true and correct.

/s/Brian H. Sanchez_____