**U.S. DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| Hada Garcia; ) | |
| Lidianelly Carreon Garcia; ) | |
| David Carreon Vazquez; ) | |
| Mario H. Gonzalez; ) | |
| Ramon Hernandez Jr.; ) | |
| Alberto Montalvo Sr.; ) | Case No. 3:20-cv-03322-SEM-TSH |
| Albert Montalvo JR.; ) | |
| Consuelo Diana Perez, ) | |
|    individually and as next friend of A.P.; ) | |
| Adrian Perez; ) | |
| Liliana Rodriguez, ) | |
|    individually and as next friend of E.R.; ) | |
| Patricia Rodriguez; ) | |
| Diane Acuna, as next friend of V.A., ) | |
| Vanessa Guzman; ) | |
| Gilbert Sanchez Jr.; ) | |
| Luis Alonzo Sifuentes; ) | |
| Miguel Sifuentes; ) | |
| Ediel Tanguma Trevino; ) | |
| Judith Valdez, ) | |
|    individually and as next friend of S.V.; ) | |
| Jesus Javier Zuniga Silva & ) | |
| Yadira Zuniga, ) | |
|    individually and as next friends of ) | |
| Ja.Z. and J.J.Z.; ) | |
| Jose E. Zuniga; ) | |
| Jennifer Zuniga, ) | |
|    individually and as next of friend of ) | |
| Ad.H., Al.H., & An.H.; ) | |
| Maria Abigail Zuniga, ) | |
|    individually and as next friend of ) | |
| L.C. & Y.C.; ) | |
|       Plaintiffs. ) | |
| v. ) | |
| ) | |
| Pioneer Hi-Bred International, Inc.; ) | |
| Corteva, Inc.; ) | |
| RAS Aviation, LLC; ) | |
| Farm Air, Inc.; and ) | |
| Curless Flying Service, Inc.; ) | |
| ) | |
|       Defendants. ) | |

**MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF 15 PAGES**

NOW COMES RAS Aviation, LLC ("RAS Aviation"), by and through its counsel, Brandt R. Madsen of SmithAmundsen, LLC and respectfully requests leave of Local Rule 7.1 (B) (4) to file its Combined Motion to Dismiss pursuant to Rule 12(b)(1); Rule 12(b)(6) and Rule 20. In further support, RAS States as follows:

1. Pursuant to order of this court dated April 29, 2021, discovery is stayed pending defendant RAS Aviation filing its Fed. R. Civ. P. 12(b)(1) motion to dismiss based on lack of subject matter jurisdiction on or prior to May 17, 2021.

2. RAS Aviation requests leave to file the attached Memorandum in Support of Combined Motion to Dismiss, which is 23 pages in length. There are several reasons for the length of the Memorandum.

3. First, Plaintiffs' complaint is 150 pages in length, including 32 separate counts brought on behalf of 33 individual plaintiffs, related to two separate aerial applications of agricultural compounds and numerous other claims based on employment violations.

4. The first 8 pages of the memorandum are consumed with attempting to organize the 1244 allegations into meaningful categories.

5. Even so, the Rule 12(b)(1) section falls within the 15 page limit allowed by Local Rule 7.1 (B) (4).

6. It is RAS Aviation's hope that the arguments contained within the Rule 12(b)(1) argument will be sufficiently dispositive on their own, as the Court is likely to resolve the subject matter jurisdiction prior to consideration of Rule 12(b)(6) arguments. *Steel C., v. Citizens for A better Env't*, 523 U.S. 83 (1998.) The arguments are clearly segregated should the Court desire briefing on the subject matter jurisdiction, alone.

7.  However, in order to avoid potential waiver, RAS Aviation also included additional dispositive arguments should this Court also chose to take up those issues. Argument II (pp. 15 – 20) is based on Fed. R. Civ. P. 12(b)(6) motion to dismiss for failure to state a cause of action, and Argument III (pp. 21- 22) is based on a Fed. R. Civ. P. 20 Motion to Sever.

8.  RAS Aviation obtained agreement of all counsel, subject to the Court's approval, to file its brief in excess of 15 pages.

9.  The current word count is under 7,000.

WHEREFORE, RAS Aviation LLC respectfully requests leave of court to file a memorandum in excess of 15 pages. In the alternative, RAS Aviation LLC requests this court leave to withdraw its single motion and refile two separate memorandum that will, each, comply with the Local Rule 7.1 (B) (4) page limits.

Respectfully Submitted,

RAS AVIATION, LLC

By: /s/Brandt R. Madsen
      One of Its Attorneys

Brandt R. Madsen
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
Phone: (312) 894-3200
Fax: (312) 894-3210
bmadsen@salawus.com