**U.S. DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| HADA GARCIA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 3:20-cv-03322-SEM-TSH |
| v. ) | |
| ) | |
| PIONEER HI-BRED INTERNATIONAL, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING**

To:   All counsel of record (see attached Service List)

PLEASE TAKE NOTICE that on this 6th day of May, 2021, we caused to be filed:

- Motion for Leave to File Memorandum in Excess of 15 Pages

a copy of which is attached hereto and served upon you herewith.

Respectfully Submitted,

RAS AVIATION, LLC

By: /s/Brandt R. Madsen
      One of Its Attorneys

Brandt R. Madsen
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
Phone: (312) 894-3200
Fax: (312) 894-3210
bmadsen@salawus.com

**U.S. DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

|  |  |
|---|---|
| HADA GARCIA, et al., ) | |
| Plaintiffs, ) | Case No. 3:20-cv-03322-SEM-TSH |
| v. ) | |
| ) | |
| PIONEER HI-BRED INTERNATIONAL, INC., et al. ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that May 6, 2021, he served the foregoing upon the persons listed below by electronic means, by filing the same using the court's CM/ECF system, which will send notification to the following attorneys:

| SERVICE LIST ||
|---|---|
| **Attorneys for Plaintiffs** <br> Miriam Hallbauer <br> Lisa Palumbo <br> Mariyam Hussain <br> Lauren Dana <br> Agnes Kim Baik <br> Legal Aid Chicago <br> 120 S. La Salle, Ste. 900 <br> Chicago, IL 60603 <br> (312) 229-6360 <br> mhallbauer@legalaidchicago.org <br> lpalumbo@legalaidchicago.org <br> mhussain@legalaidchicago.org <br> ldana@legalaidchicago.org <br> abaik@legalaidchicago.org <br><br> **Attorneys for Plaintiffs** <br> Daniela Dwyer <br> Texas Bar No. 24040842 <br> Admitted to the C.D.Illinois <br> TEXAS RIOGRANDE LEGAL AID <br> Managing Attorney <br> Farmworker Team <br> 301 S. Texas Ave. <br> Mercedes, TX 78596 <br> (956) 447-4800 <br> ddwyer@trla.org | **Attorneys for Defendants Pioneer Hi-Bred International, Inc. & Corteva, Inc.** <br> Brian H. Sanchez <br> Manuel Sanchez <br> Heather Erickson <br> Yifan Xu Sanchez <br> Sanchez Daniels & Hoffman LLP <br> 333 West Wacker Drive, Suite 500 <br> Chicago, IL 60606 <br> (312) 641-1555 (Tel) <br> (312) 641-3004 (Fax) <br> BSanchez@SanchezDH.com <br> MSanchez@SanchezDH.com <br> HErickson@SanchezDH.com <br> Ysanchez@sachezdh.com <br><br> **Attorneys for Defendants Farm Air, Inc. & Curless Flying Service, Inc.** <br> Mark T. Banovetz <br> Jennifer M. Theodore <br> Daniel R. Formeller <br> Tressler LLP <br> 233 S. Wacker Drive, 61st Floor, <br> Chicago, IL 60606 <br> O: 312-627-4099 <br> C: 630-661-0953 <br> F: 312-627-1717 <br> MBanovetz@tresslerllp.com <br> JTheodore@tresslerllp.com <br> DFormeller@tresslerllp.com |

|  |  |
|---|---|
| **Attorneys for Plaintiffs**<br>Grace Kube<br>Wisconsin Bar No.: 1104723<br>Attorney for Plaintiffs<br>Admitted to the C.D. Illinois<br>TEXAS RIOGRANDE LEGAL AID<br>1206 E Van Buren St.<br>Brownsville, TX 78520<br>(956) 982-5540<br>gkube@trla.org<br><br>**Attorneys for Plaintiffs**<br>Eugene Schoon<br>Senior Counsel<br>Reiter Burns LLP<br>311 S. Wacker Drive<br>Chicago, Illinois 60606<br>(312) 982-0090 Office<br>(312) 586-1015 Direct<br>gschoon@reiterburns.com<br><br>**Attorneys for Plaintiffs**<br>Howard A. Learner<br>Ann Jaworski<br>Environmental Law & Policy Center<br>36 E. Wacker Dr. Suite 1600<br>Chicago, IL 60601<br>(312) 673-6500<br>(312) 795-3711<br>HLearner@elpc.org<br>AJaworski@elpc.org |  |

May 6, 2021

/s/Brandt R. Madsen
Brandt R. Madsen
SmithAmundsen, LLC
150 N. Michigan Ave., Ste. 3300
Chicago, IL  60601
Phone (312) 894-3200
bmadsen@salawus.com
*Attorney for RAS Aviation, LLC*