# U.S. DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| Hada Garcia; ) | |
| Lidianelly Carreon Garcia; ) | |
| David Carreon Vazquez; ) | |
| Mario H. Gonzalez; ) | |
| Ramon Hernandez Jr.; ) | |
| Alberto Montalvo Sr.; ) | Case No. 3:20-cv-03322-SEM-TSH |
| Albert Montalvo JR.; ) | |
| Consuelo Diana Perez, ) | |
|     individually and as next friend of A.P.; ) | |
| Adrian Perez; ) | |
| Liliana Rodriguez, ) | |
|     individually and as next friend of E.R.; ) | |
| Patricia Rodriguez; ) | |
| Diane Acuna, as next friend of V.A., ) | |
| Vanessa Guzman; ) | |
| Gilbert Sanchez Jr.; ) | |
| Luis Alonzo Sifuentes; ) | |
| Miguel Sifuentes; ) | |
| Ediel Tanguma Trevino; ) | |
| Judith Valdez, ) | |
|     individually and as next friend of S.V.; ) | |
| Jesus Javier Zuniga Silva & ) | |
| Yadira Zuniga, ) | |
|     individually and as next friends of ) | |
| Ja.Z. and J.J.Z.; ) | |
| Jose E. Zuniga; ) | |
| Jennifer Zuniga, ) | |
|     individually and as next of friend of ) | |
| Ad.H., Al.H., & An.H.; ) | |
| Maria Abigail Zuniga, ) | |
|     individually and as next friend of ) | |
| L.C. & Y.C.; ) | |
|     Plaintiffs. ) | |
| v. ) | |
| ) | |
| Pioneer Hi-Bred International, Inc.; ) | |
| Corteva, Inc.; ) | |
| RAS Aviation, LLC; ) | |
| Farm Air, Inc.; and ) | |
| Curless Flying Service, Inc.; ) | |
| ) | |
|     Defendants. ) | |

1

**RAS AVIATION, LLC'S COMBINED RULE 12(B)(1) MOTION TO
DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION, RULE 12(B)(6)
MOTION TO DISMISS FOR FAILURE TO STATE A CAUSE OF ACTION AND RULE
20(A) &(B) MOTION TO SEVER OR IN THE ALTERNATIVE DISMISS**

Now comes the Defendant RAS Aviation, LLC ("RAS"), by and through its attorney Brandt Madsen from *SmithAmundsen, LLC,* and moves this Honorable Court to dismiss the claims asserted against RAS pursuant to Fed. R. Civ. P. 12(b)(1) and 28 U.S.C. §1367, for lack of subject matter jurisdiction,  pursuant to Fed. R. Civ. P. 12(b) (6) for failure to state a claim upon which relief may be granted; and finally to strike and dismiss, or in the alternative, to sever, Counts 16, 18, 21 and 22, pursuant to Fed. R. Civ. P.20.

In further support thereof, RAS submits the attached memorandum of law in support of its combined Motion.

Respectfully Submitted,

RAS AVIATION, LLC


By: /s/Brandt R. Madsen
       One of Its Attorneys

Brandt R. Madsen
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
Phone: (312) 894-3200
Fax: (312) 894-3210
bmadsen@salawus.com