## U.S. DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| Hada Garcia; | ) |
| Lidianelly Carreon Garcia; | ) |
| David Carreon Vazquez; | ) |
| Mario H. Gonzalez; | ) |
| Ramon Hernandez Jr.; | ) |
| Alberto Montalvo Sr.; | )   Case No. 3:20-cv-03322-SEM-TSH |
| Albert Montalvo JR.; | ) |
| Consuelo Diana Perez, | ) |
|    individually and as next friend of A.P.; | ) |
| Adrian Perez; | ) |
| Liliana Rodriguez, | ) |
|    individually and as next friend of E.R.; | ) |
| Patricia Rodriguez; | ) |
| Diane Acuna, as next friend of V.A., | ) |
| Vanessa Guzman; | ) |
| Gilbert Sanchez Jr.; | ) |
| Luis Alonzo Sifuentes; | ) |
| Miguel Sifuentes; | ) |
| Ediel Tanguma Trevino; | ) |
| Judith Valdez, | ) |
|    individually and as next friend of S.V.; | ) |
| Jesus Javier Zuniga Silva & | ) |
| Yadira Zuniga, | ) |
|    individually and as next friends of | ) |
| Ja.Z. and J.J.Z.; | ) |
| Jose E. Zuniga; | ) |
| Jennifer Zuniga, | ) |
|    individually and as next of friend of | ) |
| Ad.H., Al.H., & An.H.; | ) |
| Maria Abigail Zuniga, | ) |
|    individually and as next friend of | ) |
| L.C. & Y.C.; | ) |
|                Plaintiffs. | ) |
| v. | ) |
| | ) |
| Pioneer Hi-Bred International, Inc.; | ) |
| Corteva, Inc.; | ) |
| RAS Aviation, L.L.C.; | ) |
| Farm Air, Inc.; and | ) |
| Curless Flying Service, Inc.; | ) |
| | ) |
|    Defendants. | ) |

**DEFENDANTS' RULE 68 OFFER OF JUDGMENT**
**[As to Plaintiffs, Vanessa Rodriguez, V.ZA., and Liliana Rodriguez]**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant, RAS Aviation, L.L.C., hereby offers judgment in the amount of $20,000.00, each, solely as to Plaintiffs, Vanessa Rodriguez, V.A. and Liliana Rodriguez (Collectively referred to as "VV&L"). To be clear, this offer is for $20,000, each (for a total of $60,000), and is specifically conditioned on all three Plaintiffs, VV&L, accepting Defendant's Rule 68 Offer of Judgment. The failure of any one to accept shall be the failure of all.

The entry of the aforesaid judgment amount shall be in full and complete settlement, satisfaction, release, and discharge of any and all claims, costs, and expenses which Plaintiffs, VV&L, have asserted or could have asserted in connection with this action, including, but not limited to, all claims for compensatory damages, punitive damages, litigation costs, attorneys' fees, and experts' fees, and Plaintiffs, VV&L, shall neither have, take, or seek to claim anything further from Defendant, RAS Aviation, L.L.C., in connection with any issue whatsoever that relate in any manner to this lawsuit. Further, this amount is to be in total settlement of this action, as to these three Plaintiffs, VV&L, with no admission of liability and said judgment herein shall have no effect whatsoever except in settlement of these three claims.

Plaintiffs, VV&L are further advised that if this offer is not accepted within 14 days, pursuant to Rule 68, it will expire, and Defendants will defend this case with the intent to recover all costs and fees available under the law.

Respectfully Submitted,

RAS AVIATION, LLC

/s/ Brandt Madsen
   One of their Attorneys

Brandt R. Madsen-6200317
SmithAmundsen, LLC
150 North Michigan Ave., Suite 3300
Chicago, IL 60601
(312) 894-3200, phone
(312) 894-3210, fax
bmadsen@salawus.com
mmcgrory@salawus.com

## CERTIFICATE OF SERVICE

    I certify that on September 7, 2021, I electronically filed the **DEFENDANTS' RULE 68 OFFER OF JUDGMENT** with the Clerk of the Court and served same on all counsel of record by the Court's CM/EDF system.

                                               /s/ Brandt Madsen