### U.S. DISTRICT COURT FOR THE
### CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | |
|---|---|
| Hada Garcia, et al., ) | |
| ) | Case No. 3:20-cv-03322-SEM-TSH |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| Pioneer Hi-Bred International, Inc., et. al., ) | |
| ) | |
| Defendants. ) | |

### MOTION FOR LEAVE TO WITHDRAW MOTION
### AS TO THREE OF THIRTY TWO PLAINTIFFS

NOW COMES RAS Aviation, LLC ("RAS Aviation"), by and through its counsel, Brandt R. Madsen of SmithAmundsen, LLC and respectfully requests leave of Local Rule 7.1 to notify this court of the resolution of some, but not all, of the claims subject to the pending Motion to Dismiss. In further support, RAS States as follows:

1. RAS Aviation's Motion to Dismiss was filed, fully briefed and is pending as to all plaintiffs.

2. The three plaintiffs identified as having the most significant amounts in controversy on page 17 of Plaintiff's Response brief (Liliana Rodriguez, Vanessa Guzman, and V.A [through next friend, Diane Acuna]) each accepted a Rule 68 Offer of Judgment for $20,000, each (docket number 67); and thus RAS Aviation's motion becomes moot as to those three plaintiffs, only.

3. RAS Aviation intends that it's Motion to Dismiss remain valid against all other plaintiffs; including:

   a. The seven plaintiffs who made no claim to be present or exposed to anyone who was present on July 23, 2019: [Mario H. Gonzalez, Consuelo Perez, A.P., Adrian Perez, Ediel Trevion, L.C, and Y.C.,]; and

    b. The Twenty Two plaintiffs alleging nominal or minor injuries: [Hada Garcia; Lidianelly Carreon Garcia; David Carreon Vazquez; Ramon Hernandez Jr.; Alberto Montalvo Sr.; Albert Montalvo Jr..; E.R.; Patricia Rodriguez; Gilbert Sanchez Jr.; Luis Alonzo Sifuentes; Miguel Sifuentes; Judith Valdez; S.V.; Jesus Javier Zuniga Silva; Yadira Zuniga; Ja.Z.; Jesus Javier Zuniga Jr.; Jose E. Zuniga; Jennifer Zuniga; Ad.H; Al. H; An.H.; Maria Abigail Zuniga].

WHEREFORE, RAS Aviation LLC respectfully requests leave of court upon entry of Rule 68 Judgment to withdraw its Motion to Dismiss solely as to plaintiffs, Liliana Rodriguez, Vanessa Guzman and V.A. (through next friend Diane Acuna), and remain valid as to all other plaintiffs.

Respectfully Submitted,

RAS AVIATION, LLC

By: /s/Brandt R. Madsen
      One of Its Attorneys

Brandt R. Madsen
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
Phone: (312) 894-3200
Fax: (312) 894-3210
bmadsen@salawus.com