Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Hada Garcia, Lidianelly Carreon Garcia, David Carreon Vazquez, Mario H Gonzalez, Ramon Hernandez Jr., Alberto Montalvo, Sr., Alberto Montalvo, Jr., Consuelo Diana Perez, Individually and as next friend of A.P., Adrian Perez, A.P., Liliana Rodriguez, individually and as next Friend of E.R., E.R., Patricia Rodriguez, V.A., Vanessa Guzman, Gilbert Sanchez, Jr., Luis Alonzo Sifuentes, Miguel Sifuentes, Ediel Tanguma Trevino, Judith Valdez, Individually and as next friend of S.V., S.V., Jesus Javier Zuniga Silva, Individually and as next friend of Ja.Z., Yadira Zuniga, individually And as next friend of Ja.Z., Ja.Z., J.J.Z., Jose E. Zuniga, Jennifer Zuniga, individually and as next Friend of Ad.H., Al.H., and An.H., Ad.H., Al.H., An.H., Maria Abigail Zuniga, individually and as next Friend of L.C. and Y.C., L.C., Y.C., Diane Acuna as next friend of V.A., and Jesus Javier Zuniga, Jr.,, | Case Number:   20-3322 |
| Plaintiffs, | |
| vs. | |
| Pioneer Hi-Bred International, Inc., Corteva, Inc., Farm Air, Inc., Curless Flying Service, Inc., and RAS Aviation, L.L.C., | |
| Defendants. | |

### PARTIAL JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** as to the claims against Defendant RAS Aviation, LLC, brought by Plaintiffs Liliana Rodriguez, Vanessa Guzman, and Diane Acuna, as next friend of V.A., these Plaintiffs recover the sum of $60,000, with $20,000 to be paid to each Plaintiff, inclusive of costs.

**Dated: July 5, 2022**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

Approved:   s/ Sue E. Myerscough
Sue E. Myerscough
U.S. District Judge