# U.S. DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| Hada Garcia, et al.; ) | |
| ) | |
| Plaintiffs. ) | |
| v. ) | Case No. 3:20-cv-03322-SEM-TSH |
| ) | |
| Pioneer Hi-Bred International, Inc.; ) | |
| Corteva, Inc.; ) | |
| RAS Aviation, L.L.C.; ) | |
| Farm Air, Inc.; and ) | |
| Curless Flying Service, Inc.; ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

To:  All counsel of record (see attached Service List)

   **PLEASE TAKE NOTICE** that on this 29th day of March, 2023, we caused to be filed **RAS Aviation's Motion to Compel Plaintiffs to Supplement Plaintiffs' Initial Rule 26(a) Disclosures**, a copy of which is attached hereto and served upon you herewith.

                                                       Respectfully Submitted,

                                                       RAS AVIATION, L.L.C.

                                                       /s/ Brandt Madsen
                                                            One of their Attorneys

Brandt R. Madsen-6200317
Amundsen Davis, LLC
150 North Michigan Ave., Suite 3300
Chicago, IL 60601
(312) 894-3200, phone
(312) 894-3210, fax
bmadsen@amundsendavislaw.com

**CERTIFICATE OF SERVICE**

  I certify that on March 29, 2023, I electronically filed the **RAS Aviation's Motion to Compel Plaintiffs to Supplement Plaintiffs' Initial Rule 26(a) Disclosures** with the Clerk of the Court and served same on all counsel of record by the Court's CM/ECF system.

                  /s/ Brandt Madsen

3048034-BRM

**U.S. DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| HADA GARCIA, et al., | ) | |
| Plaintiffs, | ) | Case No. 3:20-cv-03322-SEM-TSH |
| v. | ) | |
| | ) | |
| PIONEER HI-BRED INTERNATIONAL, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

| SERVICE LIST | |
|---|---|
| **Attorneys for All Plaintiffs (except Gilbert Sanchez, Jr.)** <br> Miriam Hallbauer <br> Lisa Palumbo <br> Lauren Dana <br> Agnes Kim Baik <br> Michelle A. Weinberg <br> Legal Aid Chicago <br> 120 S. La Salle, Ste. 900 <br> Chicago, IL 60603 <br> (312) 229-6360 <br> mhallbauer@legalaidchicago.org <br> lpalumbo@legalaidchicago.org <br> ldana@legalaidchicago.org <br> abaik@legalaidchicago.org <br> mweinberg@legalaidchicago.org <br><br> **Attorneys for All Plaintiffs (except Gilbert Sanchez, Jr.)** <br> Lakshmi Ramakrishnan <br> Erin Sidonia Mitchell <br> Texas Bar No. 24040842 <br> Admitted to the C.D.Illinois <br> TEXAS RIOGRANDE LEGAL AID <br> Managing Attorney <br> Farmworker Team <br> 300 S. Texas Blvd. <br> Weslaco, TX 78596 <br> (956) 447-4800 <br> lramakrishnan@trla.org <br> smitchell@trla.org | **Attorneys for Defendants Pioneer Hi-Bred International, Inc. & Corteva, Inc.** <br> Brian H. Sanchez <br> Manuel Sanchez <br> Heather Erickson <br> Yifan Xu Sanchez <br> Sanchez Daniels & Hoffman LLP <br> 333 West Wacker Drive, Suite 500 <br> Chicago, IL 60606 <br> (312) 641-1555 <br> (312) 641-3004 (fax) <br> BSanchez@SanchezDH.com <br> MSanchez@SanchezDH.com <br> HErickson@SanchezDH.com <br> Ysanchez@SachezDH.com <br><br> **Attorneys for Defendants Farm Air, Inc. & Curless Flying Service, Inc.** <br> Mark T. Banovetz <br> Daniel R. Formeller <br> Tressler LLP <br> 233 S. Wacker Drive, 61st Floor, <br> Chicago, IL 60606 <br> (312) 627-4099 <br> (312) 627-1717 (fax) <br> MBanovetz@tresslerllp.com <br> DFormeller@tresslerllp.com <br><br> Jennifer A. Dancy <br> Tressler LLP <br> 110 Rottingham Ct., Suite B <br> Edwardsville, IL 62025 <br> (312) 627-4158 <br> JDancy@tresslerllp.com |

4

| | |
|---|---|
| **Attorneys for All Plaintiffs (except Gilbert Sanchez, Jr.)**<br>Eugene Schoon<br>Senior Counsel<br>Reiter Burns LLP<br>311 S. Wacker Drive<br>Chicago, Illinois 60606<br>(312) 982-0090 Office<br>(312) 586-1015 Direct<br>gschoon@reiterburns.com<br><br>**Attorneys for All Plaintiffs (except Gilbert Sanchez, Jr.)**<br>Howard A. Learner<br>Environmental Law & Policy Center<br>36 E. Wacker Dr. Suite 1600<br>Chicago, IL 60601<br>(312) 673-6500<br>(312) 795-3711<br>HLearner@elpc.org<br><br>**Attorneys for Plaintiff, Gilbert Sanchez, Jr.**<br>Trent R. Taylor<br>Farmworker Justice<br>1126 16th St. NW<br>Suite LL 101<br>Washington, D.C. 20036<br>(614) 584-5339<br>ttaylor@farmworkerjustice.org | |