**U.S. DISTRICT COURT FOR THE**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| Hada Garcia, et al.; | ) |
|     Plaintiffs. | ) |
| | )   Case No. 3:20-cv-03322 |
| v. | ) |
| | )   JURY DEMANDED |
| Pioneer Hi-Bred International, Inc.; | ) |
| Corteva, Inc.; | ) |
| RAS Aviation, L.L.C.; | ) |
| Farm Air, Inc.; and | ) |
| Curless Flying Service, Inc.; | ) |
|     Defendants. | ) |

**MOTION TO WITHDRAW COUNSEL FOR PLAINTIFFS**

Attorney Lauren Dana requests leave to withdraw her appearance as attorney for Plaintiffs. Attorney Dana is departing her employment with Legal Aid Chicago, effective May 19, 2023. Attorney Dana's withdrawal will not prejudice the Plaintiffs, who will continue to be represented by their other attorneys who have previously appeared in this matter.

                                              Respectfully Submitted,

                                              /s/ Lauren Dana
                                              One of the Attorneys for Plaintiffs
                                              Lauren Dana
                                              Legal Aid Chicago
                                              120 South LaSalle Street, Suite 900
                                              Chicago, IL 60603
                                              (312) 405-0849
                                              ldana@legalaidchicago.org

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that she filed the foregoing upon the persons listed below by electronic means, by filing the same using the court's CM/ECF system, which will send notification to the following attorneys:

| | |
|---|---|
| Brian H. Sanchez<br>Heather D. Erickson<br>Yifan Xu Sanchez<br>Attorneys for Defendants Pioneer Hi-Bred International, Inc. & Corteva, Inc.<br>Sanchez Daniels & Hoffman LLP<br>333 West Wacker Drive, Suite 500<br>Chicago, IL 60606<br>(312) 641-1555 (Tel)<br>(312) 641-3004 (Fax)<br>BSanchez@SanchezDH.com<br>HErickson@SanchezDH.com<br>YSanchez@SanchezDH.com | Mark T. Banovetz<br>Jennifer Dancy<br>Daniel R. Formeller<br>Attorneys for Defendants Farm Air, Inc, & Curless Flying Service, Inc.<br>Tressler LLP<br>233 S. Wacker Drive, 61st Floor,<br>Chicago, IL 60606<br>O: 312-627-4099<br>C: 630-661-0953<br>F: 312-627-1717<br>MBanovetz@tresslerllp.com<br>JDancy@tresslerllp.com<br>DFormeller@tresslerllp.com |
| Brandt R. Madsen<br>SmithAmundsen LLC<br>Attorney for RAS Aviation, LLC<br>150 North Michigan Avenue, Suite 3300<br>Chicago, Illinois 60601<br>312-894-3200<br>312-894-3210 (fax)<br>BMadsen@salawus.com | |

Dated: May 18, 2023

Respectfully submitted,

/s/ Lauren Dana
One of the Attorneys for Plaintiffs
Lauren Dana
Legal Aid Chicago
120 South LaSalle Street, Suite 900
Chicago, IL 60603
(312) 405-0849
ldana@legalaidchicago.org