U.S. DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| Hada Garcia, et al. | ) | Case No.: 3:20-cv-03322 |
| | ) | |
| Plaintiffs, | ) | Honorable Sue E. Myerscough |
| v. | ) | Magistrate Judge Eric I. Long |
| | ) | |
| | ) | JURY DEMANDED |
| Pioneer Hi-Bred International, Inc.; | ) | |
| Corteva, Inc.; RAS Aviation, L.L.C.; | ) | |
| Farm Air, Inc.; and Curless Flying | ) | |
| Service, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR SETTLEMENT CONFERENCE

Plaintiffs hereby respectfully request that the Court set a settlement conference in this matter, and in support of their motion, further state as follows:

1. The parties have completed written discovery.

2. The parties are in the process of setting numerous depositions, which will be costly and time-consuming.

3. The parties have made efforts to negotiate on their own but have not been able to reach settlement.

4. Defendants Pioneer Hi-Bred International, Inc. and Corteva, Inc. (Pioneer) have expressed interest in participating in a settlement conference.

5. Defendant Curless Flying Service, Inc. and Farm Air, Inc. (Curless) has expressed that they are not interested in participating in a settlement

1

conference at this time. As of the time of this filing, Defendant RAS Aviation, LLC has not responded to Plaintiffs' request for their position on a settlement conference.

6. Plaintiffs believe that it would be helpful for the Court to oversee a settlement conference for the purpose of assisting Plaintiffs and Pioneer in reaching settlement.

7. Section A of Magistrate Judge Long's Standing Order on Settlement Conference Preparation requires that "parties with ultimate settlement authority must be personally present."

8. To the extent that this rule requires all parties to be present in-person in addition to their counsel, Plaintiffs respectfully request Plaintiffs' counsel be permitted to attend with full settlement authority in lieu of all Plaintiffs. Plaintiffs are twenty-six migrant workers and their children, all of whom live and work outside of Illinois, in multiple states. Many of them do not have consistent or reliable access to the internet, making even remote participation for all Plaintiffs unfeasible. As such, it would be overly burdensome for all twenty-six of the plaintiffs to participate, even remotely.

WHEREFORE, Plaintiffs hereby respectfully request that this Court schedule a settlement conference between Pioneer and Plaintiffs, permitting Plaintiffs' counsel to attend with full settlement authority in lieu of all Plaintiffs, and any other relief that this Court deems necessary.

                                                Respectfully submitted,

                                                /s/ Lisa Palumbo

Dated: April 15, 2024                     One of Plaintiffs' Attorneys

| | |
|---|---|
| Lisa Palumbo, Director<br>Daniel Lindsey, Director<br>Agnes Baik, Supervisory Attorney<br>Louise Carhart, Staff Attorney<br>Margaret O'Connor, Staff Attorney<br>Legal Aid Chicago<br>120 S. LaSalle St., Suite 900<br>Chicago, IL<br>lpalumbo@legalaidchicago.org<br>(312) 347-8374 | Eugene A. Schoon<br>Senior Counsel<br>Croke Fairchild Duarte & Beres LLC<br>180 N. LaSalle Street<br>Suite 3400<br>Chicago, IL  60601<br>eschoon@crokefairchild.com<br>(773) 517-2740 |
| Lakshmi Ramakrishnan<br>Erin Sidonia Mitchell<br>Texas RioGrande Legal Aid, Inc. 301 S. Texas Ave.<br>Mercedes, TX 78596<br>lramakrishnan@trla.org<br>(956) 447-4850 | Howard A. Learner,<br>Executive Director<br>Kerri Gefeke<br>Environmental Law & Policy Center<br>35 E. Wacker Dr., Suite 1600<br>Chicago, IL 60601<br>kgefeke@elpc.org<br>(312) 795-3711 |
| Madeline Flynn<br>Staff Attorney<br>Farmworker Justice<br>mflynn@farmworkerjustice.org<br>(202) 800-2520 Ext. 303 | |

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that she served the foregoing upon the persons listed below by electronic mail on this date, April 15, 2024.

| | |
|---|---|
| Brian H. Sanchez<br>Heather D. Erickson<br>Yifan Xu Sanchez<br>Attorneys for Defendants Pioneer HiBred International, Inc. & Corteva, Inc.<br>Sanchez Daniels & Hoffman LLP<br>333 West Wacker Drive, Suite 500<br>Chicago, IL 60606<br>(312) 641-1555 (Tel)<br>(312) 641-3004 (Fax)<br>BSanchez@SanchezDH.com<br>HErickson@SanchezDH.com<br>YSanchez@SanchezDH.com | Mark T. Banovetz<br>Jennifer A. Dancy<br>Timothy Ravich<br>Attorneys for Defendants Farm Air, Inc, & Curless Flying Service, Inc.<br>Tressler LLP<br>233 S. Wacker Drive, 61st Floor,<br>Chicago, IL 60606<br>O: 312-627-4099<br>C: 630-661-0953<br>F: 312-627-1717<br>MBanovetz@tresslerllp.com<br>JDancy@tresslerllp.com<br>TRavich@tresslerllp.com |
| Brandt R. Madsen<br>SmithAmundsen LLC<br>Attorney for RAS Aviation, L.L.C.<br>150 North Michigan Avenue, Suite 3300<br>Chicago, Illinois 60601<br>BMadsen@amundsendavislaw.com<br>ZJohnson@amundsendavislaw.com<br>TSagil@salawus.com | |

Respectfully submitted,                                                                 Dated: April 15, 2024

/s/Margaret O'Connor

Lisa Palumbo, Director
Daniel Lindsey, Director
Agnes Baik, Supervisory Attorney
Louise Carhart, Staff Attorney
Margaret O'Connor, Staff Attorney
Legal Aid Chicago
120 S. LaSalle St., Suite 900
Chicago, IL
lpalumbo@legalaidchicago.org
(312) 347-8374